FEBRUARY 22, 2005

No. 03–1224. ILLINOIS *v.* HARRIS. Sup. Ct. Ill. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further

consideration in light of *Illinois* v. *Caballes, ante,* p. 405.